**Order entered October 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01338-CV

### IN RE NATIONAL UNION FIRE INSURANCE
### COMPANY OF PITTSBURGH, PA, ET AL., Relators

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00351**

## ORDER

The Court has before it real party in interest's October 22, 2013 unopposed motion for extension of time to file response to amended and corrected petition for writ of mandamus. The Court **GRANTS** the motion and **ORDERS** real party in interest to file its response by November 7, 2013.

/s/    MOLLY FRANCIS
        JUSTICE